UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAR OSORIO BATALLA,<br><br>                     Petitioner,<br><br>     v.<br><br>ERIC HOLDER, Attorney General of the United States,<br><br>                     Respondent. | Case No. C13-185-RSL<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Hon. Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss is **GRANTED**, and this action is **DISMISSED** with prejudice; and

(3) The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

ORDER OF DISMISSAL- 1

1  DATED this 1st day of April, 2013.

2

3

4                                             /s/ Robert S. Lasnik
                                              Robert S. Lasnik
                                              United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL- 2