1
2
3
4
5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8  OMAR OSORIO BATALLA,

9                    Petitioner,              Case No. C13-185-RSL

10         v.                                 **ORDER OF DISMISSAL**

11  ERIC HOLDER, Attorney General of the United
    States,
12
                     Respondent.
13
       The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's
14
   motion to dismiss, the Report and Recommendation of the Hon. Brian A. Tsuchida, United
15
   States Magistrate Judge, any objections or responses to that, and the remaining record, finds and
16
   Orders as follows:
17
       (1)  The Court adopts the Report and Recommendation;
18
       (2)  Respondent's motion to dismiss is **GRANTED**, and this action is **DISMISSED** with
19
   prejudice; and
20
       (3)  The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.
21
22
23

ORDER OF DISMISSAL- 1

1   DATED this 1st day of April, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL- 2